# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 25, 2022

## NO. 03-20-00131-CV

**Sterling/Suggs Limited Partnership, Neal E. Suggs, and Nadine R. Suggs, Appellants**

**v.**

**Canyon Lake Island Property Owners Association, Appellee**

**APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
REVERSED AND REMANDED -- OPINION BY JUSTICES GOODWIN;
DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on November 21, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.